UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MAERSK LINE,<br><br>                    Plaintiff,<br><br>     v.<br><br>GOLDEN HARVEST ALASKA SEAFOOD LLC,<br><br>                    Defendant. | Case No. C20-1140 JLR<br><br>ORDER |

Having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1)     The Court ADOPTS the Report and Recommendation.

(2)     Plaintiff's motion for a default judgment is GRANTED. Judgment is herby entered against Defendant in the following amount:

    a.    Principal Amount Due: $642,395.00
    b.    Prejudgment Interest: $92,611.68
    c.    Attorney's Fees: $3,937.50
    d.    Costs: $484.00
    **e.    Total Judgment amount: 739,428.18**

ORDER - 1

(3)     The Clerk is directed to send copies of this Order to the parties and to Judge Peterson.

Dated this 15th day of October, 2020.

JAMES L. ROBART
United States District Judge

ORDER - 2